| | |
|---|---|
| TAMAR GRUENBAUM; and<br>TAMAR GRUENBAUM DDS, LLC,<br>*doing business as* **RIDGEWOOD VALLEY PEDIATRIC DENTISTRY**,<br><br>Plaintiffs,<br><br>~ *versus* ~<br><br>**JOSH LEVINE, CPA**; and<br>**JOSH LEVINE CPA P.C.** *doing business as* **LEVINE & ASSOCIATES**; and<br>**EHCM LLC**,<br><br>Defendants. | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY**<br><br>Docket No. BER-L -003840-2021<br><br>**CIVIL ACTION**<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by the Baruch S. Gottesman, Esq., of the Law Offices of Baruch Gottesman, Esq., counsel for the Defendants **JOSH LEVINE, CPA, JOSH LEVINE CPA P.C.** *doing business as* **LEVINE & ASSOCIATES** and **EHCM LLC**, upon Notice of Motion for an Order to Vacate the Default, Restore the Case to the Active Trial Calendar, and to Consolidate this Action with <u>Gruenbaum, et al. v. Ackerman</u>, et al., Docket No. BER-L-003841-21;

**THEREFORE**, it is on this 8th day of October [September crossed out], 2021, that

**IT IS NOW ORDERED** pursuant to New Jersey Court Rules 4:43-2 and 4:50 and other relevant provisions of New Jersey law, that any default that has been entered against the Defendants JOSH LEVINE, CPA, JOSH LEVINE CPA P.C. *doing business as* LEVINE & ASSOCIATES and EHCM LLC, in this matter is hereby vacated; and the

within matter is hereby restored to the Active Trial Calendar, with an appearance on behalf of the Defendants is hereby entered by Baruch S. Gottesman, Esq.

**AND IT IS NOW FURTHER ORDERED** pursuant to New Jersey Court Rule 4:38-1 and other relevant provisions of New Jersey law, and for good cause shown, that this matter is consolidated with the matter of <u>Gruenbaum, et al. v. Ackerman, et al.</u>, Docket No. BER-L-003841-21; and that the Levine and Ackerman actions shall proceed on Track II under the following the Docket No. BER-L-004840-21 matter under the following amended caption:

| | |
|---|---|
| **TAMAR GRUENBAUM**; and **TAMAR GRUENBAUM DDS, LLC**, *doing business as* **RIDGEWOOD VALLEY PEDIATRIC DENTISTRY**, <br><br> Plaintiffs, <br><br> ~ *versus* ~ <br><br> **SHANALEE ACKERMAN; ACKERMAN PRACTICE MANAGEMENT, LLC; JOSH LEVINE, CPA**; and **JOSH LEVINE CPA P.C.** *doing business as* **LEVINE & ASSOCIATES**; and **EHCM LLC**, <br><br> Defendants. | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY** <br><br> Docket No. BER-L -003840-2021 <br><br> **CIVIL ACTION** |

**IT IS NOW FURTHER ORDERED**, that _Defendant shall file an answer within twenty (20) days of this order_

IT IS NOW FURTHER ORDERED, that a copy of this Order be served via New Jersey e-Courts on all Parties within Seven (7) days of its entry.

_____
ROBERT C. WILSON, J.S.C.

The Motion was

___✓___ Opposed

_____ Not Opposed