|  |  |
|---|---|
| TAMAR GRUENBAUM; and<br>TAMAR GRUENBAUM DDS, LLC,<br>*doing business as* **RIDGEWOOD VALLEY PEDIATRIC DENTISTRY**,<br><br>Plaintiffs,<br><br>~ versus ~<br><br>**SHANALEE ACKERMAN**; and<br>**ACKERMAN PRACTICE MANAGEMENT, LLC**<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br><br>Docket No. BER-L -003841-21<br><br>**FILED**<br>SEP 1 0 2021<br>Robert C. Wilson<br>J.S.C.<br><br>[~~PROPOSED ALTERNATIVE~~]<br>**ORDER** |

**THIS MATTER** having been opened to the Court by the Braverman, Kaskey, Garber P.C., counsel for the Plaintiffs **TAMAR GRUENBAUM**; and **TAMAR GRUENBAUM DDS, LLC**, *doing business as* **RIDGEWOOD VALLEY PEDIATRIC DENTISTRY** for entry of a Final Judgment by Default pursuant to R. 4:43-2 against Defendants **SHANALEE ACKERMAN**; and **ACKERMAN PRACTICE MANAGEMENT, LLC**, and the Court having considered the submissions by the Parties,

It is on this 10th day of September 2021, **ORDERED** as follows:

1. The Application for Entry of Default is Denied.*

2. A copy of this Order shall be served on the Defendants within seven (7) days of entry and receipt by the Plaintiffs through NJ eCourts.

The Motion was Opposed

**ROBERT C. WILSON, J.S.C.**

*Court notes it will be defendant's obligation to reinstate their answer or to answer complaint if and when properly served and to vacate the default previously entered.