BRAVERMAN KASKEY GARBER PC
BENJAMIN A. GARBER, ESQ.
I.D. No. 011382009
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 575-3800
Facsimile: (215) 575-3801
bgarber@braverlaw.com

FILED
SEP 10 2021

Robert C. Wilson
J.S.C.

*Attorney for Plaintiffs*

| | |
|---|---|
| TAMAR GRUENBAUM; and TAMAR GRUENBAUM DDS, LLC, d/b/a RIDGEWOOD VALLEY PEDIATRIC DENTISTRY,<br><br>*Plaintiffs,*<br><br>v.<br><br>SHANALEE ACKERMAN and ACKERMAN PRACTICE MANAGEMENT, LLC,<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY, LAW DIVISION BERGEN COUNTY<br><br>Docket No. <u>BER-L-003841-21</u><br><br>FINAL JUDGMENT BY DEFAULT<br>*Denied* |

THIS MATTER having been presented to the Court by Braverman Kaskey Garber PC, attorneys for plaintiffs, Tamar Gruenbaum, DDS and Tamar Gruenbaum DDS, LLC d/b/a Ridgewood Valley Pediatric Dentistry, for entry of Final Judgment by Default pursuant to R. 4:43-2 against defendants Shanalee Ackerman and Ackerman Practice Management, LLC, (collectively, the "defendants"); and defendants having been served with the Summons and Complaint in this action; and defendants having failed to properly answer the Complaint or otherwise move as to the Complaint; and default having been properly entered against defendants on August 17, 2021; and defendants having been served

with a copy of the default entered against them; and the Court having considered the Certification of Amount Due and Non-Military Service of Tamar Gruenbaum and Certification of Counsel; and it further appearing that good cause has been shown for the entry of this Judgment,

It is on this _10th_ day of _September_, 2021, ORDERED as follows:

1. ~~JUDGMENT by default as authorized by R. 4:43-2(b) is entered in favor of plaintiffs, Tamar Gruenbaum, DDS and Tamar Gruenbaum DDS, LLC d/b/a Ridgewood Valley Pediatric Dentistry, and against defendants Shanalee Ackerman and Ackerman Practice Management, LLC, in the amount of $360,054.91, together with pre-judgment and post-judgment interest and costs of suit.~~

2. A copy of this Judgment shall be served on defendants by regular mail within seven (7) days of receipt by plaintiffs' counsel in accordance with Rule 4:43-2(c).

BY THE COURT:

_____
ROBERT C. WILSON, J.S.C.

This motion was:

OPPOSED: ✓

UNOPPOSED: ___