# VERIFIED RETURN OF SERVICE

Job # J217166

**Client Info:**

BRAVERMAN KASKEY GARBER PC
BENJAMIN A. GARBER, ESQUIRE
1650 MARKET STREET
PHILAPADELPHIA PENNSYLVANNIA 19103

**Case Info:**

**PLAINTIFF:**
TAMAR GRUENBAUM; TAMAR GRUENBAUM DDS, LLC; d/b/a
RIDGEWOOD VALLEY PEDIATRIC DENTISTRY
-versus-
**DEFENDANT:**
SHANALEE ACKERMAN; ACKERMAN PRACTICE MANAGEMENT LLC

SUPERIOR COURT
Court Division: LAW

County of Bergen, New Jersey
Court Case # **L-003841-21**

**Service Info:**

Received by JAMES PLANK: on September, 27th 2021 at 01:23 PM
Service: I Served **Shanalee Ackerman**
With: **SUMMONS; COMPLAINT AND JURY DEMAND DESIGNATION OF TRIAL COUNSEL, AND CERTIFICATIONS; TRACK ASSIGNMENT NOTICE; CIVIL CASE INFORMATION STATEMENT; LETTER**
by leaving with **Alex M., CO-RESIDENT**

At Residence **13867 JEREMIAH ROAD JACKSONVILLE, FL 32224**
On **9/28/2021** at **08:30 PM**
**Manner of Service: SUBSTITUTE SERVICE:**
Service completed per FS 48.031

I **JAMES PLANK** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

**JAMES PLANK**
Lic # **1161**

**FREDERICKS & PALMER PROCESS SERVICE, LLC**
1125 ATLANTIC AVENUE, SUITE 502
Atlantic City, NJ 08401

Job # J217166




1 of 1

**AFFIDAVIT OF ATTEMPTED SERVICE**

NEW JERSEY SUPERIOR COURT
BERGEN COUNTY

TAMAR GRUEN BAUM

VS.                                                                                                INDEX# 1-003841-21

SHANALEE ACKERMAN

State of New York, County of New York, SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action, and is a resident of the State of New York.

Deponent attempted to serve the annexed:

**COVER LETTER DATED 9/24/2021
CIVIL ACTION SUMMONS:
TRACK ASSIGNMENT NOTICE:
CSI STATEMENT:
COMPLAINT AND JURY DEMAND**

upon **SHANALEE ACKERMAN** at:

**1775 YORK AVE., APT 5F
NEW YORK, N.Y. 10128**

Deponent was unable, with due diligence to serve **SHANALEE ACKERMAN**
The following times are when attempts were made:
unable to serve
9/27/2021 at 5:00p.m.-not in-left business card with building concierge
9/29/2021 at 2:00p.m.-received call from shana(425-503-1607)and she told deponent that she was not in New York City. She further stated that her exhusband had alread received a set of the documents in Florida

SWORN TO BEFORE ME ON September 29, 2021

[Notary signature and seal: JULIUS P. BINGELHEIM, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York County, 01RI4687696, MY COMMISSION EXPIRES 03-23-2023]

Jack Johnson
Process Server
Lic. No. 2037237

591/PS9.21-81

# VERIFIED RETURN OF SERVICE

Job # J217164

**Client Info:**
BRAVERMAN KASKEY GARBER PC
BENJAMIN A. GARBER, ESQUIRE
1650 MARKET STREET
PHILAPADELPHIA PENNSYLVANNIA 19103

**Case Info:**

**PLAINTIFF:**
TAMAR GRUENBAUM; TAMAR GRUENBAUM DDS, LLC; d/b/a
RIDGEWOOD VALLEY PEDIATRIC DENTISTRY
   -versus-
**DEFENDANT:**
SHANALEE ACKERMAN; ACKERMAN PRACTICE MANAGEMENT LLC

SUPERIOR COURT
Court Division: LAW

County of Bergen, New Jersey
Court Case # **L-003841-21**

**Service Info:**

Received by JAMES PLANK: on September, 27th 2021 at **01:08 PM**
Service: I Served **Ackerman Practice Management, LLC**
With: **SUMMONS; COMPLAINT AND JURY DEMAND DESIGNATION OF TRIAL COUNSEL, AND CERTIFICATIONS; TRACK ASSIGNMENT NOTICE; CIVIL CASE INFORMATION STATEMENT;**
by leaving with **Alex M.**, **CO-RESIDENT OF REGISTERED AGENT**

At Residence 13867 JEREMIAH ROAD JACKSONVILLE, FL 32224
On **9/28/2021** at **08:30 PM**
**Manner of Service: LIMITED LIABILITY COMPANY**
PURSUANT TO F.S. Ch. 48 & 49 and 608.462

I **JAMES PLANK** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_signature_

**JAMES PLANK**
Lic # **1161**

**FREDERICKS & PALMER PROCESS SERVICE, LLC**
1125 ATLANTIC AVENUE, SUITE 502
Atlantic City, NJ 08401

Job # J217164




1 of 1

# VERIFIED RETURN OF SERVICE

Job # J217165

**Client Info:**
BRAVERMAN KASKEY GARBER PC
BENJAMIN A. GARBER, ESQUIRE
1650 MARKET STREET
PHILAPADELPHIA PENNSYLVANNIA 19103

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** TAMAR GRUENBAUM; TAMAR GRUENBAUM DDS, LLC; d/b/a RIDGEWOOD VALLEY PEDIATRIC DENTISTRY | SUPERIOR COURT Court Division: LAW |
| -versus- | County of Bergen, New Jersey |
| **DEFENDANT:** SHANALEE ACKERMAN; ACKERMAN PRACTICE MANAGEMENT LLC | Court Case # **L-003841-21** |

**Service Info:**

Received by JAMES PLANK: on September, 27th 2021 at **01:14 PM**
Service: I Served **Ackerman Practice Management c/o Shanalee Ackerman, Registered Agent**
With: **SUMMONS; COMPLAINT AND JURY DEMAND DESIGNATION OF TRIAL COUNSEL, AND CERTIFICATIONS; TRACK ASSIGNMENT NOTICE; CIVIL CASE INFORMATION STATEMENT; LETTER**
by leaving with **Alex M., CO-RESIDENT OF REGISTERED AGENT**

At Residence **13867 JEREMIAH ROAD JACKSONVILLE, FL 32224**
On **9/28/2021** at **08:30 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **JAMES PLANK** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**JAMES PLANK**
Lic # **1161**

**FREDERICKS & PALMER PROCESS SERVICE, LLC**
1125 ATLANTIC AVENUE, SUITE 502
Atlantic City, NJ 08401

Job # J217165




1 of 1

**AFFIDAVIT OF ATTEMPTED SERVICE**

NEW JERSEY SUPERIOR COURT
BERGEN COUNTY

TAMAR GRUEN BAUM

VS.                                                                                                                  INDEX# l-003841-21

SHANALEE ACKERMAN

State of New York, County of New York. SS:

    **JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action, and is a resident of the State of New York.

Deponent attempted to serve the annexed:

**COVER LETTER DATED 9/24/2021
CIVIL ACTION SUMMONS:
TRACK ASSIGNMENT NOTICE:
CSI STATEMENT:
COMPLAINT AND JURY DEMAND**

upon **ACKERMAN PRACTICE MANAGEMENT, LLC.** at:

**1775 YORK AVE., APT 5F
NEW YORK, N.Y. 10128**

Deponent was unable, with due diligence to serve **ACKERMAN PRACTICE MANAGEMENT, LLC.**
The following times are when attempts were made:
unable to serve
9/27/2021 at 5:00p.m.-not in-left business card with building concierge
9/29/2021 at 2:00p.m.-received call from shana(425-503-1607)and she told deponent that she was not in New York City. She further stated that her exhusband had alread received a set of the documents in Florida

SWORN TO BEFORE ME ON September 29, 2021

[Notary seal: JULIUS D RINGELHEIM, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York County, 01RI4887636, MY COMMISSION EXPIRES 03-23-2023]

Jack Johnson
Process Server
Lic. No. 2037237

591/PS9.21-82