UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TAMAR GRUENBAUM; and
TAMAR GRUENBAUM DDS, LLC,
*doing business as* **RIDGEWOOD VALLEY PEDIATRIC DENTISTRY**,

    Plaintiffs,

~ *versus* ~

SHANALEE ACKERMAN;
ACKERMAN PRACTICE MANAGEMENT, LLC; JOSH LEVINE, CPA; and
JOSH LEVINE CPA P.C. *doing business as* LEVINE & ASSOCIATES; and
EHCM LLC,

    Defendants.

Case No. _____

**CORPORATE DISCLOSURE STATEMENT**

    This Corporate Disclosure Statement is filed on behalf of all Defendants pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    No Defendant has a parent corporation and no publicly traded corporation currently owns 10% or more of the stock of any Defendant.

**DATED**:      **OCTOBER 14, 2021**

                                            **RESPECTFULLY SUBMITTED**,

By: *[signature]*

BARUCH S. GOTTESMAN, ESQ.
New Jersey Bar I.D. No. 02222-2006
185-12 Union Turnpike
Fresh Meadows, NY 11366*
Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com
*Attorney for All Defendants*

*\* Through the COVID emergency, we will accept service by e-mail when the e-mail is acknowledged as received.*
<u>*If mailing, please address to*</u>
*85-27 124th Street*
*Kew Gardens, NY 11415*